STATE OF NEW JERSEY v. ANGEL BOSQUES.

October 15, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JON WAYNE REYNOLDS.

October 15, 1985.

Petition for certification denied.

STATEWIDE HI-WAY SAFETY, INC. v. DEPARTMENT OF
TRANSPORTATION OF STATE OF NEW JERSEY
AND WHITMYER BROS., INC.

October 15, 1985.

Petition for certification denied.

ROBERT SCHENFELE v. WILLIAM KULICK.

October 15, 1985.

Petition for certification denied.